UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DE YIN LI on behalf of himself and others similarly situated

        Plaintiffs,

   -against-

LU SHAN GOLDEN FOUNTAIN CHINESE KITCHEN INC., d/b/a GOLDEN FOUNTAIN CHINESE KITCHEN, ABC CORP. d/b/a OISHII RESTAURANT, YAN QIN ZHENG, TONY "DOE" (last name unknown, John Doe, and Jane Doe #1-10,

        Defendants.
-------------------------------------------------------------------X

15-CV-5994

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants, subject to the right, on or before July 12, 2016, to reopen the Action if the settlement is not consummated. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

HANG & ASSOCIATES, PLLC

By: _____
Jian Hang, Esq.
136-18 39th Avenue, Suite 1003
Flushing, New York 11355
Tel: (718) 353-8588
*Attorneys for Plaintiff*
April 1st, 2016

LAW OFFICE OF YAT T. MAN

By: _____
Yat T. Man, Esq.
100 Lafayette Street, Suite 402A
New York, New York 10013
Tel: (212) 374-9600
*Attorney for Defendants*
April 1st, 2016

SO ORDERED.

_____